Hand By Hand PT, P.C. v Personal Serv. Ins. Co. (2025 NY Slip Op 51177(U))

[*1]

Hand By Hand PT, P.C. v Personal Serv. Ins. Co.

2025 NY Slip Op 51177(U)

Decided on July 18, 2025

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on July 18, 2025
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : WAVNY TOUSSAINT, P.J., CHEREÉ A. BUGGS, LISA S. OTTLEY, JJ

2024-880 K C

Hand By Hand PT, P.C., as Assignee of Alendri Rodriguez, Respondent, 
against
Personal Service Insurance Company, Appellant. 

Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
Kopelevich & Feldsherova, P.C., for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Edward H. King, J.), entered June 4, 2024. The order, insofar as appealed from, granted the branch of defendant's motion seeking to dismiss the complaint only to the extent of setting the matter down for a traverse hearing.

ORDERED that the appeal is dismissed.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from so much of an order of the Civil Court (Edward H. King, J.) entered June 4, 2024 as granted the branch of defendant's motion seeking to dismiss the complaint only to the extent of setting the matter down for a traverse hearing.
For the reasons stated in Shamrock Med., P.C., as Assignee of Rexford Bishop v Personal Serv. Ins. Co. (___ Misc 3d ___, 2025 NY Slip Op _____ [appeal No. 2024-858 K C], decided herewith), the appeal is dismissed.
TOUSSAINT, P.J., BUGGS and OTTLEY, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 18, 2025